BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MAI CHANG, | ) Case No. 1:15-cv-0310-GSA |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to serve Plaintiff with the certified administrative record and file a copy of the certified administrative record with the Court by 30 days to August 21, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.  There is good cause for this extension because the Social Security Administration's Office of Disability Adjudication and Review is presently unable to prepare a complete certified administrative record for this case.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 3 | Date: *July 20, 2015* | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 5 | By: | */s/ Asim H. Modi  for Monica Perales\** <br> MONICA PERALES |
| 6 | | *\*Authorized by email on July 20, 2015* <br> Attorneys for Plaintiff |
| 8 | Date: *July 20. 2015* | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| 11 | By: | */s/ Asim H. Modi* <br> ASIM H. MODI <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

## ORDER

Based on the above stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, up to and including August 21, 2015, to serve and file a certified copy of the administrative record in this case. All other deadlines set forth in the Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 21, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE