```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ASIM H. MODI, NY SBN 4692018
4  Special Assistant United States Attorney
5        Social Security Administration
         160 Spear Street, Suite 800
6        San Francisco, CA  94105
         Telephone: 415-977-8952
7        Facsimile: 415-744-0134
         Email: Asim.Modi@ssa.gov
8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MAI CHANG, | Case No. 1:15-cv-0310-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's opening brief by **35 days** to **March 2, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter.[1]

---

[1] The Commissioner first sought an extension in this case because the Social Security Administration's Office of Disability Adjudication and Review was unable to prepare a complete certified administrative record.

-1-

There is good cause for this extension because counsel for Defendant requires additional time to properly consider and research the issues presented in Plaintiff's opening brief. Furthermore, additional time is required because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act, and conducting discovery in a personnel-related litigation matter pending before the Equal Employment Opportunity Commission.

Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *January 26, 2016*    LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Asim H. Modi  for Monica Perales\**
MONICA PERALES
*Authorized by email on January 26, 2016*
Attorneys for Plaintiff

Date: *January 26, 2016*    BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (Doc. 19), the Commissioner's response to Plaintiff's opening brief shall be filed no later than **March 2, 2016**. Any reply may be filed within fifteen days of the filing of the opposition.

IT IS SO ORDERED.

Dated:   **January 27, 2016**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE