BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MAI CHANG, | Case No. 1:15-cv-0310-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN
Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's opening brief by **28 days** to **March 30, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.

    On January 28, 2016, the parties stipulated to an extension of the briefing schedule to allow counsel for Defendant additional time to properly consider and research the issues presented in Plaintiff's opening brief.  However, there is good cause for this extension because Defendant is currently pursuing the possibility of settlement and voluntary remand in this case. Accordingly, Defendant needs additional time to prepare her responsive brief, if necessary.  This

1  request is made in good faith and is not intended to unnecessarily delay these proceedings.
2  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience
3  caused by this extension.

4

5                                              Respectfully submitted,

6
7  Date: <u>March 1, 2016</u>                  LAW OFFICES OF LAWRENCE D. ROHLFING

8
                                        By:    <u>/s/ Asim H. Modi  for Monica Perales*</u>
9                                              MONICA PERALES
                                               *Authorized by email on March 1, 2016
10                                             Attorneys for Plaintiff

11
   Date: <u>March 1, 2016</u>                  BENJAMIN B. WAGNER
12                                             United States Attorney
                                               DEBORAH LEE STACHEL
13                                             Acting Regional Chief Counsel, Region IX
                                               Social Security Administration
14

15                                      By:    <u>/s/ Asim H. Modi</u>
                                               ASIM H. MODI
16                                             Special Assistant United States Attorney
                                               Attorneys for Defendant
17

18

19                                          <u>ORDER</u>

20      Based on the above stipulation, and good cause appearing therein, the Court grants
21 Defendant an extension to file her opposition to Plaintiff's opening brief. Defendant shall file her
22 brief no later than **March 30, 2016**. Plaintiff may file her reply brief no later than **April 14,**
23 **2016**.

24
   IT IS SO ORDERED.
25

26    Dated:  **March 2, 2016**               /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE
27

28