BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MAI CHANG, | Case No. 1:15-cv-00310-EPG |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY REMAND** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will instruct the administrative law judge (ALJ) to offer Plaintiff a new hearing and the opportunity to present new evidence.  The Appeals Council will direct the ALJ to perform the sequential evaluation process for the following periods: April 18, 2005, through September 12, 2007, and January 22, 2011, through the date of the ALJ's decision on remand.  Moreover, the Appeals Council will instruct the ALJ to reevaluate the

1  medical evidence relevant to the adjudicatory periods, including, but not limited to, all medical-
2  source opinion evidence concerning physical and mental impairments, and explain the weight
3  given to the opinion evidence in accordance with 20 C.F.R. § 416.927, and Social Security
4  Rulings (SSR) 96-2p and 96-5p.  Furthermore, if necessary, the ALJ will obtain vocational
5  expert testimony at step five of the sequential evaluation process.

Respectfully submitted,

Date: *March 14, 2016*           LAW OFFICES OF LAWRENCE D. ROHLFING

                       By:   */s/ Asim H. Modi  for Monica Perales\**
                             MONICA PERALES
                             *\*Authorized by email on March 14, 2016*
                             Attorneys for Plaintiff

Date: *March 14, 2016*           BENJAMIN B. WAGNER
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                       By:   */s/ Asim H. Modi*
                             ASIM H. MODI
                             Special Assistant United States Attorney
                             Attorneys for Defendant

Stipulation and Proposed Order for Voluntary Remand
1:15-cv-0310-EPG

ORDER

Based upon the parties' Stipulation for Voluntary Remand, and for cause shown, the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the above stipulation.  The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff Mai Chang and against Defendant Carolyn W. Colvin and to close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2016**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE