# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MAI CHANG, | ) Case No. 1:15-cv-00310-EPG |
| | ) |
| Plaintiff, | ) **ORDER FOR THE AWARD AND** |
| | ) **PAYMENT OF ATTORNEY'S FEES AND** |
| v. | ) **EXPENSES PURSUANT TO THE EQUAL** |
| | ) **ACCESS TO JUSTICE ACT, 28 U.S.C. §** |
| CAROLYN W. COLVIN | ) **2412(d)** |
| Acting Commissioner of Social Security, | ) |
| | ) (Doc. 25) |
| Defendant. | ) |
| | ) |

Pursuant to the parties' stipulation filed on June 10, 2016 (Doc. 25), Mai Chang shall be awarded attorney's fees and expenses in the amount of four thousand two hundred and fifty-five dollars ($4,255.00) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Fees shall be paid consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), and with the directions outlined in the parties stipulation. (Doc. 25).

Under *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Mai Chang, but if the Department of the Treasury determines that Mai Chang does not owe a federal debt, then the government shall cause the

payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Mai Chang.  Any payments made shall be delivered to Monica Perales.

     Payment of the agreed amount constitutes a complete release from, and bar to, any and all claims that Mai Chang and/or Monica Perales including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of Monica Perales and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **June 14, 2016**     /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE